```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 15969
    QUINSHAWN ASHLEY
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6850

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
        The case was filed on 12/05/2006 and was confirmed 03/09/2007.

        The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

        The case was dismissed after confirmation 06/26/2008.
-------------------------------------------------------------------------------
   CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
   CITY OF CHICAGO PARKING   UNSECURED         4400.00            .00         519.52
   FOUNDATION FOR EMERGENCY  UNSECURED        NOT FILED           .00            .00
   FOUNDATION EMERGENCY SER  NOTICE ONLY      NOT FILED           .00            .00
   ST BERNARDS HOSPITAL      NOTICE ONLY      NOT FILED           .00            .00
   SBC                       UNSECURED          547.56            .00          64.66
   SBC                       NOTICE ONLY      NOT FILED           .00            .00
   AT & T BANKRUPCTY          NOTICE ONLY      NOT FILED           .00            .00
   SPRINT PCS                UNSECURED          372.18            .00          43.95
   SPRINT PCS                NOTICE ONLY      NOT FILED           .00            .00
   UNIVERSAL RADIOLOGY LTD   UNSECURED        NOT FILED           .00            .00
   UNIVERSAL RADIOLOGY       NOTICE ONLY      NOT FILED           .00            .00
   AFNI/VERIZON WIRELESS     UNSECURED          434.58            .00          51.32
   NCO COLLECTION AGENCY     NOTICE ONLY      NOT FILED           .00            .00
   ILLINOIS DEPT OF REV      UNSECURED          371.89            .00          43.91
   IL STATE DISBURSEMENT UN  NOTICE ONLY      NOT FILED           .00            .00
   CALNYERE LILES            NOTICE ONLY      NOT FILED           .00            .00
   GLEASON & MACMASTER       DEBTOR ATTY       1,799.00                       1,799.00
   TOM VAUGHN                TRUSTEE                                            177.64
   DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
   TRUSTEE               2,700.00

   PRIORITY                                             .00
   SECURED                                              .00
   UNSECURED                                         723.36
   ADMINISTRATIVE                                  1,799.00
   TRUSTEE COMPENSATION                              177.64
   DEBTOR REFUND                                        .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 15969 QUINSHAWN ASHLEY
```

```
                                 ---------------     ---------------
TOTALS                                  2,700.00            2,700.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
  Dated: 09/25/08                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```